**Order filed December 8, 2020**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00650-CV

## YAMAL SALEM, Appellant

## V.

## JULIE CHEUNG, Appellee

**On Appeal from County Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 541012101**

## ORDER

No reporter's record has been filed in this case. The official court reporter for County Civil Court at Law No. 1 informed this court that appellant had not requested that the reporter's record be prepared. On November 2, 2020, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that the reporter's record had been requested. *See* Tex. R. App. P. 37.3(c).

Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within 30 days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.